# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Brendan Concannon, Individually and on behalf of all others similarly situated

*Plaintiff*

V.

Insurance Care Now, LLC

*Defendant*

Civil Action No. 17cv0301-WQH-BGS

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  INSURANCE CARE NOW, LLC
JEAN-BAPTISTE WITFIELD
1191 EAST NEWPORT CENTER DRIVE, SUITE 206
DEERFIELD BEACH, FL 33442

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Abbas Kazerounian
245 Fischer Avenue Suite D1
Costa Mesa, CA 92626
(800) 400-6808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:   2/15/17



John Morrill
*CLERK OF COURT*
S/                      M. Lozano
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-00301-WQH-BGS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **INSURANCE CARE NOW, LLC**
was received by me on *(date)* **02/15/2017**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Jean-Baptiste Winfield C/O Robert Cole**, who is
designated by law to accept service of process on behalf of *(name of organization)*
**Insurance Care Now, LLC** on *(date)* **02/21/2017** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ **89.00** for services, for a total of $ **89.00**

I declare under penalty of perjury that this information is true.

Date: **02/22/2017**

*Server's signature*  #1199

**Deborah Garcia - Process Server**
*Printed name and title*

Clockwork Attorney Service
14541 Sylvan St., Suite 108, Van Nuys, CA 91411
(323) 477-4394

*Server's address*

Additional information regarding attempted service, etc: