# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRENDAN CONCANNON,** | **Case No.:** 3:17-cv-00301-WQH-BGS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **INSURANCE CARE NOW, LLC,** | HON. WILLIAM Q. HAYES |
| Defendant. | |

The Court hereby ORDERS, ADJUDICATES and DECREES that final judgment is for Plaintiff Brendan Concannon against Defendant INSURANCE CARE NOW, LLC. Plaintiff Brendan Concannon is awarded $2,500.00 in statutory damages against Defendant Insurance Care Now, LLC.

**IT IS SO ORDERED.**

Dated: December 14, 2017

Hon. William Q. Hayes
United States District Court

**JUDGMENT**